United States of America

vs.

Laurence J. Bode

**Criminal No. ELH-12-0158**     **Government's Motions Hearing Exhibits**

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 1 | May 8, 2013 | May 8, 2013 | Still photograph from search warrant video |
| 2 | May 8, 2013 | May 8, 2013 | Signed notes of interview (3 pages) |
| 3 | May 8, 2013 | May 8, 2013 | Signed image of Def't Posted to Free6 |
| 4A | May 8, 2013 | May 8, 2013 | Signed image posted to Free6 |
| 4b | May 8, 2013 | May 8, 2013 | Signed image posted to Free6 |
| 5 | | | ROI 7 |
| 6 | | | |
| 7 | | | |
| 8 | May 8, 2013 | | Photo |
| 9 | | | |
| 10 | May 8, 2013 | May 8, 2013 | Search warrant |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Exhibit List (Rev. 3/1999)